UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DICKIE CLAIR OPPEN,<br><br>   Plaintiff,<br>v.<br><br>JO PHILLIPS; PATRICIA RIMA; JAMES EDWARDS; and CHRIS BOWMAN,<br><br>   Defendants. | NO:  2:13-CV-5147-RMP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDERING DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Magistrate Judge John T. Rodgers Report and Recommendation, **ECF No. 33**, to grant the parties' stipulated motion to dismiss Defendants Bowman and Rima, **ECF No. 32**, and recommending dismissal of the same.

Plaintiff is proceeding pro se.  Assistant Attorney General Cassie B. VanRoojen represents all Defendants in this matter.  No party has filed an objection to Magistrate Judge Rodgers' recommendation that the stipulated motion be granted.

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDERING DISMISSAL WITH PREJUDICE ~ 1

1     Having reviewed the December 2, 2014, Report and Recommendation *de novo*, the Report and Recommendation, **ECF No. 33**, is **ADOPTED in its entirety**.

    Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulation and Order of Dismissal of Defendants Bowman and Rima, **ECF No. 32**, is **GRANTED**. All claims against Defendants Bowman and Rima are dismissed with prejudice and without costs to Plaintiff or Defendants Bowman and Rima.

    The District Court Clerk is directed to enter this Order, provide copies to counsel, and **TERMINATE Defendants Bowman and Rima**.

    **DATED** this 18th day of December 2014.

                                 *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                          Chief United States District Court Judge